IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:19mj 152 |
| ) | |
| MONTONIQUE WOODSON, ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about January 11, 2017, in the Eastern District of Virginia, the defendant, MONTONIQUE WOODSON, a United States Postal Service employee, did knowingly and willfully obstruct or retard the passage of the mails by failing to deliver and retaining mail entrusted to her in her capacity as a mail carrier such that the mail was not delivered to the addressed recipients.

(In violation of Title 18, United States Code, Section 1701.)

### COUNT TWO

On or about March 7, 2017, in the Eastern District of Virginia, the defendant, MONTONIQUE WOODSON, a United States Postal Service employee, did knowingly and

willfully obstruct or retard the passage of the mails by failing to deliver and retaining mail entrusted to her in her capacity as a mail carrier such that the mail was not delivered to the addressed recipients.

(In violation of Title 18, United States Code, Section 1701.)

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: *Kaitlin G. Cooke*
Kaitlin G. Cooke
Assistant United States Attorney